**JAMES SPEAR STOVE & HEATING CO.**, Plaintiff-Appellant, v. **GENERAL ELECTRIC CO.**, Defendant-Appellee.

No. 5726.

Circuit Court of Appeals, Third Circuit. Oct. 15, 1935.

Rehearing Denied Nov. 29, 1935.

Ballard, Spahr, Andrews & Ingersoll, Henry L. Schimpf, Jr., and Henry B. Coxe, Jr., all of Philadelphia, Pa., for appellant.

Howard Burtt, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

At the close of the trial of the action of deceit here involved, the trial judge granted a peremptory nonsuit and subsequently refused to take the same off. Thereupon the plaintiff took this appeal.

The case depends on its own particular proofs, all of which are fully stated and carefully discussed by the judge below in his justifying opinion. The case has had our careful consideration, with the result that we find no error in the granting of the nonsuit. Adopting, therefore, as the opinion of this court the reasoning and conclusions of the trial judge, as set forth in his opinion, 12 F.Supp. 977, the judgment below is affirmed.